IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LOVETTA CLARK,

      Petitioner,

vs.                                        CASE NO. 4:08cv7-SPM/WCS

WARDEN PAIGE AUGUSTINE,

      Respondent.
_____/

**ORDER**

THIS CAUSE comes before the Court upon the Magistrate Judge's report and recommendation (doc. 5) dated February 29, 2008. Petitioner was furnished a copy and she filed an objection (doc. 6). Pursuant to Title 28, United States Code, Section 636(b)(1), I find that the report and recommendation should be adopted. Petitioner is not entitled to relief under the Apprendi line of cases because they do not apply retroactively to cases on collateral review. McCoy v. United States, 266 F.3d 1245, 1247-48 (11th Cir. 2001); Varela v. United States, 400 F.3d 864, 867-68 (11th Cir. 2005). Accordingly, it is

ORDERED AND ADJUDGED:

1.     The report and recommendation (doc. 5) is adopted and incorporated by reference in this order.

2.     Petitioner's § 2241 petition (doc. 1) is summarily dismissed.

DONE AND ORDERED this 25th day of March, 2008.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

CASE NO. 4:08cv7-SPM/WCS